THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* ROBERT A. SOULE, Defendant-Appellant.

(No. 72-280;

Second District—December 28, 1973.

Opinion by Mr. JUSTICE GUILD.

Peter Ferracuti, of Ottawa, for appellant.

Gerry L. Dondanville, State's Attorney, of Geneva (Clarence Wittenstrom, Assistant State's Attorney, of counsel), for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* PERRY OLINGER, Defendant-Appellant.

(No. 73-176;

Third District—December 28, 1973.

*Rehearing denied January 18, 1974.*